In the Matter of the Arbitration between VILLAGE OF HORSE-HEADS, Appellant, and HORSEHEADS POLICE BENEVOLENT ASSOCIATION, INC., Respondent.

Submitted May 21, 2012; decided June 12, 2012

Motion for leave to appeal denied. Motion for stay relief denied.